UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| BETH TUCKER, | ) | |
| | ) | 11-cv-2190 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Jury Trial Demand |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)

NOW COMES Plaintiff BETH TUCKER, by and through her attorneys, Brankey & Smith, P.C., and gives notice of her intention to voluntarily dismiss the above-captioned matter with prejudice and with each party bearing its own attorney's fees and costs and in support thereof states that the matter has been resolved.

BETH TUCKER, Plaintiff

_s/ Roy Jackson Dent_____
Roy Jackson Dent
IL Bar Number 6255835
Attorney for Plaintiffs
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Telephone: (217) 345-6222
Facsimile: (217) 345-6232
E-Mail: rdent@brankeysmithpc.com